IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, etc., et al., ) | |
| ) | |
| Plaintiffs, ) | No. 07 C 5380 |
| ) | Judge Kendall |
| v. ) | Magistrate Judge Denlow |
| ) | |
| HILDEMAN PLUMBING, INC., ) | |
| an Illinois Corporation ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR JUDGMENT

NOW COME Plaintiffs, JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, and LISA M. SIMIONI, with LEWIS, OVERBECK & FURMAN, LLP, of counsel, and pursuant to Fed.R.Civ.P.55, moves the Court to enter Judgment: (1) in favor of Plaintiffs and against Defendant, HILDEMAN PLUMBING, INC., in the amount of $44,733.94; and (2) directing Defendant to deliver to the Secretary of the JAB: (A) a check payable to Matthew Hill in the amount of $56,844.50, less deductions from wages required by law, with a statement showing the nature and amount of said deductions; and (B) a check payable to Ronald Modrak in the amount of $19,473.50, less deductions from wages required by law, with a statement showing the nature and amount of said deductions. In support of this Motion, Plaintiffs state:

1. Plaintiffs filed this action on September 24, 2007, seeking a judgment against Defendant enforcing an arbitration award under ERISA, 29 U.S.C. §§1132 and 1145, and LMRA, 29 U.S.C. §185.

2. Defendant was served with process on September 28, 2007. A true and correct copy of the Return of Service is attached hereto as Exhibit A.

3. Defendant was required to appear and answer on or before October 18, 2007.

4. Defendant has not filed an appearance or answer, and is in default.

5. Award was entered against Defendant in the computed amount of $31,243.04. A true and correct copy of Award is attached hereto as Exhibit B.

6. Pursuant to Award and 29 U.S.C. §1132, Plaintiffs' damages are calculated as follows:

| | |
|---|---|
| $31,243.04 - | Award; |
| $1,622.10- | Additional interest at $324.42/month for period 6/15/07 through date of presentment of this motion, pursuant to Award and 29 U.S.C. §1132(g)(2)(B); |
| $9,505.68 - | Double interest consisting of $7,884.48 stated in Award plus $1,621.20 stated above, pursuant to 29 U.S.C. §1132(g)(2)(C); |
| $2,363.12 - | Plaintiffs' attorneys' fees and costs through date of presentment of this motion, pursuant to Award and 29 U.S.C. §1132(g)(2)(D) (See Affidavit of Douglas A. Lindsay attached hereto as Exhibit C); |
| $44,733.94- | Total due as of 11/1/07. |

7. Award further requires that Defendant deliver to the Secretary of the JAB: (1) a check payable to Matthew Hill in the amount of $56,844.50, less deductions from wages required by law, with a statement showing the nature and amount of said deductions; (2) a check payable

2

to Ronald Modrak in the amount of $19,473.50, less deductions from wages required by law, with a statement showing the nature and amount of said deductions.

WHEREFORE, Plaintiffs, JAMES T. SULLIVAN, etc., et al., request the Court to enter Judgment: (1) in favor of Plaintiffs and against Defendant, HILDEMAN PLUMBING, INC., in the amount of $44,733.94; and (2) directing Defendant to deliver to the Secretary of the JAB: (A) a check payable to Matthew Hill in the amount of $56,844.50, less deductions from wages required by law, with a statement showing the nature and amount of said deductions; (B) a check payable to Ronald Modrak in the amount of $19,473.50, less deductions from wages required by law, with a statement showing the nature and amount of said deductions. Attached hereto as Exhibit D is a Draft Order.

JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, and, LISA M. SIMIONI

By: _____
Lisa M. Simioni
20 N. Clark Street
Suite 3200
Chicago, IL 60602-5093
312-580-1248

OF COUNSEL:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street
Suite 3200
Chicago, IL 60602-5093
312-580-1200

3

## PROOF OF SERVICE

CHRISTINE USYAK, being first duly sworn on oath, deposes and says that she served a copy of the foregoing MOTION FOR JUDGMENT upon:

Hildeman Plumbing, Inc.
c/o Its Registered Agent, Jill Hildeman
980 W. Main St.
Crete, IL 60417

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Chicago, IL on October 24, 2007, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2007

Christine Usyak

Of Counsel:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street
Suite 3200
Chicago, IL 60602-5093
312-580-1200