IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, etc., et al., ) | |
| ) | |
| Plaintiffs, ) | No. 07 C 5380 |
| ) | Judge Kendall |
| v. ) | Magistrate Judge Denlow |
| ) | |
| HILDEMAN PLUMBING, INC., ) | |
| an Illinois Corporation ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR JUDGMENT

NOW COME Plaintiffs, JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, and LISA M. SIMIONI, with LEWIS, OVERBECK & FURMAN, LLP, of counsel, and pursuant to Fed.R.Civ.P.55, moves the Court to enter Judgment: (1) in favor of Plaintiffs and against Defendant, HILDEMAN PLUMBING, INC., in the amount of $48,687.82; and (2) directing Defendant to deliver to the Secretary of the JAB: (A) a check payable to Matthew Hill in the amount of $56,844.50, less deductions from wages required by law, with a statement showing the nature and amount of said deductions; and (B) a check payable to Ronald Modrak in the amount of $19,473.50, less deductions from wages required by law, with a statement showing the nature and amount of said deductions. In support of this Motion, Plaintiffs state:

1. Plaintiffs filed this action on September 24, 2007, seeking a judgment against Defendant enforcing an arbitration award under ERISA, 29 U.S.C. §§1132 and 1145, and LMRA, 29 U.S.C. §185.

2. On November 1, 2007, Defendant's counsel appeared in Court on behalf of Defendant.

3. On November 2, 2007, Defendant was served with process through the Secretary of State. True and correct copies of the Notice of Service, Affidavit of Service, and Alias Summons are attached hereto as Group Exhibit A.

4. Defendant was required answer before November 23, 2007.

5. On November 26, 2007, Defendant's counsel once again appeared in Court on behalf of Defendant and acknowledged service of process.

6. Defendant has not filed an answer and is in default.

7. Award was entered against Defendant in the computed amount of $31,243.04. A true and correct copy of Award is attached hereto as Exhibit B.

8. Pursuant to Award and 29 U.S.C. §1132, Plaintiffs' damages are calculated as follows:

| | |
|---|---|
| $31,243.04 - | Award; |
| $1,946.52 - | Additional interest at $324.42/month for period 6/15/07 through date of presentment of this motion, pursuant to Award and 29 U.S.C. §1132(g)(2)(B); |
| $9,831.00 - | Double interest consisting of $7,884.48 stated in Award plus $1,946.52 stated above, pursuant to 29 U.S.C. §1132(g)(2)(C); |
| $5,667.26 - | Plaintiffs' attorneys' fees and costs through date of presentment of this motion, pursuant to Award and 29 U.S.C. §1132(g)(2)(D) (See Affidavit of Douglas A. Lindsay attached hereto as Exhibit C); |
| $48,687.82 - | Total due as of 11/29/07. |

2

9. Award further requires that Defendant deliver to the Secretary of the JAB: (1) a check payable to Matthew Hill in the amount of $56,844.50, less deductions from wages required by law, with a statement showing the nature and amount of said deductions; (2) a check payable to Ronald Modrak in the amount of $19,473.50, less deductions from wages required by law, with a statement showing the nature and amount of said deductions.

WHEREFORE, Plaintiffs, JAMES T. SULLIVAN, etc., et al., request the Court to enter Judgment: (1) in favor of Plaintiffs and against Defendant, HILDEMAN PLUMBING, INC., in the amount of $48,687.82; and (2) directing Defendant to deliver to the Secretary of the JAB: (A) a check payable to Matthew Hill in the amount of $56,844.50, less deductions from wages required by law, with a statement showing the nature and amount of said deductions; (B) a check payable to Ronald Modrak in the amount of $19,473.50, less deductions from wages required by law, with a statement showing the nature and amount of said deductions. Attached hereto as Exhibit D is a Draft Order.

JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, and LISA M. SIMIONI

By: _____
Lisa M. Simioni
20 N. Clark Street
Suite 3200
Chicago, IL 60602-5093
312-580-1248

OF COUNSEL:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street
Suite 3200
Chicago, IL 60602-5093
312-580-1200

3

## PROOF OF SERVICE

Lisa M. Simioni, being first duly sworn on oath, deposes and says that she served a copy of the foregoing MOTION FOR JUDGMENT upon:

Michael W. Duffee
Ford & Harrison, LLP
55 East Monroe Street, Suite 2900
Chicago, Illinois 60603

via e-mail at mduffee @ fordharrison.com on November 27, 2007, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-27, 2007

_____
LISA SIMIONI

Of Counsel:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street
Suite 3200
Chicago, IL 60602-5093
312-580-1200